FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

04 APR 27  AM 8: 32

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DANIEL CLARENCE FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 04-P-0091-S |
| | ) | |
| ROBERT MORRIS, STEVEN SCOTT, | ) | |
| C. DOUGLAS WITHERSPOON, JAMES | ) | |
| KIMBLE, S. WAYNE TAYLOR, | ) | |
| SUZANNE NELSON, JOHN DOE, | ) | |
| HEALTH SOUTH MEDICAL CENTER | ) | |
| RETINA SPECIALIST OF ALABAMA, | ) | |
| LLC, DAVID HOIDAL, and the | ) | |
| CALLAHAN EYE FOUNDATION | ) | |
| HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
APR 2 7 2004

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 13, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgement will be entered.



DATED this _26th_ day of _April_, 2004.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE